# EXHIBIT 6

Filed
5/30/2024 1:38 PM
**Beverley McGrew Walker**
District Clerk
Fort Bend County, Texas
Salena Jasso

**CAUSE NO. 19-DCV-262281**

| | | |
|---|---|---|
| **AZHAR M. CHAUDHRAY**<br>**Plaintiffs** | §<br>§<br>§ | **IN THE DISTRICT COURT OF** |
| **VS.** | § | **FORT BEND COUNTY, TEXAS** |
| **GEORGE M. LEE**<br>**Defendant** | §<br>§<br>§ | **268TH JUDICIAL DISTRICT** |

**ORDER**

Defendants' Motion to Strike Intervention is GRANTED. The Petition in Intervention filed by Ali Choudhri on May 16, 2024, is hereby stricken.

Date: 6/3/2024

Steve Rogers
Presiding Judge

ROUTED TO COURT 5/30/24 SJ
RT'D TO D. CLERK 6/4/2024 NS

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Joe Stewart on behalf of Joe Stewart
Bar No. 19210500
jss@jstevenstewart.com
Envelope ID: 88267015
Filing Code Description: Motion (No Fee)
Filing Description: Defendants' Supplemental Motion to Strike Intervention
Status as of 5/30/2024 3:55 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joe SStewart | | jss@jstevenstewart.com | 5/30/2024 1:38:08 PM | SENT |
| Siri Gurmukh Khalsa | 24070052 | sirikhalsalaw@gmail.com | 5/30/2024 1:38:08 PM | SENT |
| Sanjay R. Chadha | 795287 | srchadha@reachalaw.com | 5/30/2024 1:38:08 PM | SENT |
| Kimberlyann Robards | 24086249 | kimrobards@outlook.com | 5/30/2024 1:38:08 PM | SENT |
| Thomas L.Hunt | | tom@thomaslhuntassociates.com | 5/30/2024 1:38:08 PM | SENT |
| Service Account | | service@reachalaw.com | 5/30/2024 1:38:08 PM | SENT |
| Siri Khalsa | | siri@sirikhalsalaw.com | 5/30/2024 1:38:08 PM | SENT |

Associated Case Party: AzharM.Chaudhary

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Azhar Chaudhary | | attorney@chaudharyjd.com | 5/30/2024 1:38:08 PM | SENT |
| Sanjay Chadha | | attorney@reachalaw.com | 5/30/2024 1:38:08 PM | SENT |
| Disha Lalwani | | disha.lalwani@reachalaw.com | 5/30/2024 1:38:08 PM | SENT |

Associated Case Party: Ali  Choudhri

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Choudhri | | ali@jetallcapital.com | 5/30/2024 1:38:08 PM | SENT |