# EXHIBIT 8

9/1/2022 3:49 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 67900547
By: Bonnie Lugo
Filed: 9/1/2022 3:49 PM

Pgs-2

4A

**CAUSE NO. 2021-63370**

| | | |
|---|---|---|
| **GALLERIA 2425 OWNER, LLC,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **NATIONAL BANK OF KUWAIT, S.A.K.P., NEW YORK BRANCH, A BANKING CORPORATION ORGANIZED UNDER THE LAWS OF KUWAIT, ACTING THROUGH ITS NEW YORK BRANCH** | § | |
| | § | |
| **AND** | § | |
| | § | |
| **GEORGE M. LEE,** | § | |
| **Defendants.** | § | **281ST JUDICIAL DISTRICT** |

**ORDER ON CHOUDHRI'S NOTICE OF NONSUIT DISMISSING CLAIMS ~~WITH~~ PREJUDICE**
WITHOUT

HAVING CONSIDERED Intervenor Ali Choudhri's Notice of Nonsuit filed on or about July 29, 2022, the Court hereby:

DISMISSES all claims asserted by Ali Choudhri in the above-styled lawsuit ~~with~~ without prejudice.

SIGNED on the _____ day of September, 2022.

Signed: 9/6/2022 [signature]
JUDGE PRESIDING



Certified Document Number: 103920588 - Page 1 of 2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nancy Jones on behalf of Elizabeth Klingensmith
Bar No. 24046496
nancy.jones@pillsburylaw.com
Envelope ID: 67900547
Status as of 9/1/2022 4:10 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| James RWetwiska | | jwetwiska@akingump.com | 9/1/2022 3:49:26 PM | SENT |
| Seth Nichamoff | | seth@nichamofflaw.com | 9/1/2022 3:49:26 PM | SENT |
| Nicholas Petree | | npetree@akingump.com | 9/1/2022 3:49:26 PM | SENT |
| Jason Carrington Norwood | 24027579 | jason@jcnorwood-law.com | 9/1/2022 3:49:26 PM | SENT |
| Jorge Borunda | 24027205 | jorge@borundapc.com | 9/1/2022 3:49:26 PM | SENT |
| Elizabeth Klingensmith | 24046496 | Liz.Klingensmith@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Charles Conrad | | charles.conrad@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Nancy Jones | | nancy.jones@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Ryan Steinbrunner | | ryan.steinbrunner@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Cody Gartman | | cody.gartman@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Samantha Vasquez | | samantha.vasquez@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Yona Starosta | | yona.starosta@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Yolanda Rodriguez | | yolanda.rodriguez@pillsburylaw.com | 9/1/2022 3:49:26 PM | SENT |
| Jetall Legal | | legal@jetallcompanies.com | 9/1/2022 3:49:26 PM | SENT |
| Allen Zwernemann | | AZ@AZLF.com | 9/1/2022 3:49:26 PM | SENT |
| Jennifer LMacGeorge | | jmac@jlm-law.com | 9/1/2022 3:49:26 PM | SENT |
| Nailah Jackson | | njackson@jlm-law.com | 9/1/2022 3:49:26 PM | SENT |
| Michael Clardy | | mclardy@jlm-law.com | 9/1/2022 3:49:26 PM | SENT |
| Ali Choudhri | | Ali@jetallcompanies.com | 9/1/2022 3:49:26 PM | SENT |
| Ali Choudhri | | Ali@jetallcompanies.com | 9/1/2022 3:49:26 PM | SENT |

Certified Document Number: 103920588 - Page 2 of 2

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this October 22, 2026

Certified Document Number: 103920588 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**