# EXHIBIT 9

11/29/2023 11:24 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 82048353
By: Wanda Chambers
Filed: 11/29/2023 10:00 AM

**CAUSE NO. <u>2023-22748</u>**

| | | |
|---|---|---|
| **GALLERIA 2425 OWNER, LLC** | § | **IN THE DISTRICT COURT** |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **ALI CHOUDHRI** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| ***Intervenor – Plaintiff*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **NATIONAL BANK OF KUWAIT S.A.K.P., NEW YORK BRANCH and AZEEMEH ZAHEER** | § § § | |
| | § | |
| ***Defendants.*** | § | **281st JUDICIAL DISTRICT** |

## <u>ALI CHOUDHRI'S PETITION IN INTERVENTION</u>

ALI CHOUDHRI ("Intervenor-Plaintiff") files this Petition in Intervention against Defendant Azeemah Zaheer ("Defendant") and hereby states and alleges the following:

## I.
## <u>DISCOVERY PLAN</u>

1. Discovery should be conducted pursuant to Level 2 of Rule 190.3 of the Texas Rules of Civil Procedure.

## II.
## <u>RELIEF SOUGHT</u>

2. Pursuant to Texas Rule of Civil Procedure 47(c), Plaintiff is presently seeking monetary relief over $1,000,000. The damages sought are within the jurisdictional limits of the Court.

## III.
## <u>PARTIES</u>

3. Plaintiff Galleria 2425 Owner, LLC is a limited liability company doing business in Texas.



Certified Document Number: 111551052 - Page 1 of 4

4. Intervenor-Plaintiff, Ali Choudhri, is an individual who resides in Harris County, Texas.

5. Defendant Azeemah Zaheer, is an individual who resides, and may be personally served at 5513 Kansas Street, Houston, Texas 77007. Plaintiff requests that the clerk issue citation at this time.

**IV.**
**JURISDICTION AND VENUE**

6. The Court has jurisdiction over the parties and claims which are the subject of this suit.

7. Venue is mandatory in Harris County, Texas pursuant to Texas Civil Practice & Remedies Code § 15.020 because the assignment that forms the basis of this lawsuit constitutes a “major transaction,” is in writing, and the parties are in Harris County, Texas. Venue is additionally proper in Harris County, Texas pursuant to Texas Civil Practice & Remedies Code § 15.0115 because the Defendant transacted business in and around Harris County, Texas.

**V.**
**FACTS**

8. Defendant has made false allegations against the Intervenor-Plaintiff and breached the terms of the contract.

9. Defendant breached agreements and has committed fraud against the Intervenor-Plaintiff.

**VI.**
**CAUSES OF ACTIONS**

**FRAUD**

10. The allegations contained in the preceding and subsequent paragraphs are incorporated herein by reference for all purposes.

11. Defendant, either directly or through her counsel, has made gross misrepresentations



Certified Document Number: 111551052 - Page 2 of 4

to third parties, including the court in case number 2023-41091 filed in the Harris County District Court, that were blatantly false, concerning her ability or authority to act on behalf of the Plaintiff, and authority to act on behalf of the Plaintiff.

12. Defendant statements are untrue, deceptive, and a clear effort of the Defendant to reap benefits of management of the Plaintiff, to which she is not entitled. Defendant knew the statements, and assertions, were false when she allowed them to be made to third parties and the court. Defendant is blatantly disregarding the law, the prior assignment and the truth of the matter, which is that she has no power or authority to take any of the recent actions she has taken in the name of the Plaintiff.

13. Azeemeh Zaheer and National Bank of Kuwait have interfered with Intervenors rights and interests.

**PROMISSORY ESTOPPEL**

14. The allegations contained in the preceding and subsequent paragraphs are incorporated herein by reference for all purposes. Defendant made promises to the Intervenor-Plaintiff, upon which the Intervenor-Plaintiff relied. Intervenor Plaintiff's reliance on such promises were foreseeable and Intervenor-Plaintiff detrimentally relied on such promises. Intervenor-Plaintiff, accordingly seeks to recover damages from the Defendant for such detrimental reliance in this suit.

**VII.**
**PRAYER**

WHEREFORE, Intervenor-Plaintiff respectfully requests that he be awarded damages resulting from Defendant's wrongful acts, costs and fees, along with any other and further relief to which Intervenor-Plaintiff may be justly entitled at law or in equity.

Respectfully Submitted:

/s/ Ali Choudhri
Ali Choudhri



Certified Document Number: 111551052 - Page 3 of 4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 82048353
Filing Code Description: Counter Claim/Cross Action/Interpleader/Intervention/Third Party
Filing Description:
Status as of 11/29/2023 11:32 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Charles Conrad | | charles.conrad@pillsburylaw.com | 11/29/2023 11:24:53 AM | SENT |
| James Pope | | jamesp@thepopelawfirm.com | 11/29/2023 11:24:53 AM | SENT |
| Rodney Lee Drinnon | 24047841 | rdrinnon@mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| Nancy Jones | | nancy.jones@pillsburylaw.com | 11/29/2023 11:24:53 AM | SENT |
| Ryan Steinbrunner | | ryan.steinbrunner@pillsburylaw.com | 11/29/2023 11:24:53 AM | SENT |
| Simone Nunez | | snunez@mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| David Clark | | dclark@mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| Danielle Chester | | dchester@mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| Haseeb Dada | | hdada@mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| Averyll  Mauch | | amauch@Mccathernlaw.com | 11/29/2023 11:24:53 AM | SENT |
| Angela McGinnis | | angela.mcginnis@pillsburylaw.com | 11/29/2023 11:24:53 AM | SENT |
| Elizabeth Klingensmith | | liz.klingensmith@pillsburylaw.com | 11/29/2023 11:24:53 AM | SENT |

Certified Document Number: 111551052 - Page 4 of 4

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this October 22, 2026

Certified Document Number: 111551052 Total Pages: 4

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**