# EXHIBIT 10

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:**<br>**GALLERIA 2425 OWNER, LLC**<br><br>**Debtor** | §<br>§<br>§<br>§<br>§ | **Case No. 23-34815** |
| **GALLERIA 2425 OWNER, LLC**<br><br>***Plaintiff,***<br><br>**vs.**<br><br>**NATIONAL BANK OF KUWAIT S.A.K.P. NEW YORK BRANCH**<br>***Defendant.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Adversary Proc. _____________**<br><br>**Removal from Cause No.: 2023-22748 in the 281st Judicial District Court of Harris County, Texas** |

## NOTICE OF REMOVAL

Galleria 2425 Owner, LLC ("**Plaintiff**") files this Notice of Removal (the "**Removal**") under 28 U.S.C. § 1452, 28 U.S.C. § 1334, Rule 9027, Federal Rules of Bankruptcy Procedure, Rule 9027-1 of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas, seeking to remove the State Court Action from the 281st District Court of Harris County, Texas to the United States Bankruptcy Court for the Southern District of Texas which currently has jurisdiction over the estate of Galleria 2425 Owner, LLC pursuant to 28 U.S.C. § 1334(b). In filing this Removal, Plaintiff will respectfully show the Court as follows:

1. On April 11, 2023, Plaintiff filed an Original Petition that was transferred from the 215th Judicial District Court to the 281st Judicial District Court in Harris County, Texas against the National Bank of Kuwait S.A.K.P. New York Branch ("**NBK**") (2023-22748).

2. Plaintiff filed its Sixth Amended Petition, that includes NBK and Azeemeh Zaheer as defendants and includes the following causes of actions:

    a. Breach of Confidential Settlement Agreement;

b. Tortious Interference with Contract;

c. Tortious Interference with Prospective Relations;

d. Common Law Fraud/Lender Liability;

e. Fraudulent Transfer;

f. Estoppel;

g. Business Disparagement;

h. Breach of Good Faith and Fair Dealing;

i. Unjust Enrichment;

j. Conspiracy;

k. Federal Misrepresentation of Services and Unfair Competition under the Lanham Act; and

l. Attorneys' Fees

3. On December 5, 2023, Plaintiff filed a Voluntary Chapter 11 Bankruptcy Petition commencing the underlying bankruptcy proceeding in the Southern District of Texas, Houston Division (23-34815).

4. The State Court Action is a civil action of which this Court has jurisdiction under the provisions of 28 U.S.C. § 1334(b).

5. This case is related to the Bankruptcy Case, and thus it shall be referred to the bankruptcy judge in the corresponding district. 28 U.S.C. § 1452(a) (West 2021). In compliance with Rule 9027 of the Federal Rules of Bankruptcy Procedure, Plaintiff is filing a notice of removal with the clerk of the district, along with every document filed in the State Court proceeding as required by Rule 9027 of the Local Rules for the United States Bankruptcy Court for the Southern District of Texas (the "**Local Rules**").

6. Statement Pursuant to Fed. R. Bankr. P. 9027(a)(1) and Local Rule 9027-2, the Plaintiff, as the removing party, does consent to the entry of final orders or judgment by the bankruptcy court.

7. Pursuant to Rule 9027-1 of the Local Rules, Plaintiff is filing a copy of this Notice with the Clerk in the State Court Action and serving copies of this Notice upon the Plaintiffs' attorneys. The attached service list contains a list of all parties and counsel to the removed proceeding. This Notice may be amended.

**PRAYER**

WHEREFORE, the Plaintiff respectfully requests that the State Court Action be removed to the Bankruptcy Court and that the Bankruptcy Court authorize and direct any further relief to which the Plaintiff may be entitled.

Respectfully Submitted,
/s/ James Q. Pope

James Q. Pope
**THE POPE LAW FIRM**
TBN: 24048738
6161 Savoy Dr, Suite 1125
Houston, Texas 77036
Phone: 713.449.4481
Fax: 281.657.9693
jamesp@thepopelawfirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on interested parties by electronic delivery on December 18, 2023.

Reese W Baker
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
713-869-9200
Fax : 713-869-9100
Email: courtdocs@bakerassociates.net
Attorney for Galleria 2425 Owner, LLC

Charles Clayton Conrad
Pillsbury Winthrop Shaw Pittman LLP
909 Fannin Suite 2000
Houston, TX 77010
713-276-7626
Fax : 281-582-4392
Email: charles.conrad@pillsburylaw.com
Attorney for National Bank of Kuwait

Jana Smith Whitworth
Office of United States Trustee
515 Rusk Street, Suite 3516
Houston, TX 77002
(713) 718-4650
Fax : (713) 718-4670
Email: jana.whitworth@usdoj.gov
Attorney for U.S. Trustee

Rodney L. Drinnon
2000 West Loop South,
Suite 1850 Houston, TX 77027
Tel. (832) 533-8689
Fax (832) 213-4842
rdrinnon@mccathernlaw.com
Attorney for Rodney L.Drinnon

Susan R. Fuertes
Assistant County Attorney
Harris County Attorney's Office
Attention: Property Tax Division
P.O. Box 2928
Houston, Texas 77252-2928
taxbankruptcy.cao@harriscountytx.gov
Attorney for Harris County et al.

STEPHEN W. SATHER
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103 ext. 213
Fax: (512) 476-9253
ssather@bn-lawyers.com
Attorney for 2425 WL, LLC

Tara Grundemeier
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
PO Box 3064
HOUSTON, TX 77253-3064
Telephone: (713) 844-3400
Facsimile: (713) 844-3503
houston_bankruptcy@lgbs.com
Attorney for City of Houston,
Houston Comm Coll System, and
Houston HISD
J. Robert MacNaughton
Porter Firm, PLLC
2221 S. Voss Road, Suite 200
Houston, Texas 77057
Telephone: (713) 621-0700
Telecopier: (713) 621-0709
robert@porterfirm.com
Attorney for 2425 West Loop, LLC

/s/ James Q. Pope
James Q. Pope