# EXHIBIT 11

**ReqSepNtc, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Southern District of Texas (Houston)
## Adversary Proceeding #: 23-03263

*Assigned to:* Bankruptcy Judge Jeffrey P Norman
*Lead BK Case:* 23-34815
*Lead BK Title:* Galleria 2425 Owner, LLC
*Lead BK Chapter:* 11
*Demand:*

*Date Filed:* 12/18/23
*Date Terminated:* 03/31/26
*Date Dismissed:* 09/16/24
*Date Removed From State:* 12/18/23

*Nature[s] of Suit:* 01 Determination of removed claim or cause

***Plaintiff***
-----------------------

**Galleria 2425 Owner LLC**
1001 West Loop South 700
Houston, TX 77027
Tax ID / EIN: 36-4896738

represented by **Reese W Baker**
Baker & Associates
950 Echo Lane
Suite 300
Houston, TX 77024
713-869-9200
Fax : 713-869-9100
Email: courtdocs@bakerassociates.net

**James Q. Pope**
Pope Law Firm
6161 Savoy Dr.
Suite 1125
Houston, TX 77036
713-449-4481
Email: ecf@thepopelawfirm.com
*LEAD ATTORNEY*

V.

***Defendant***
-----------------------

**National Bank of Kuwait, S.A.K.P., New York Branch**

represented by **Charles Clayton Conrad**
Pillsbury Winthrop Shaw Pittman LLP
609 Main St.
Suite 2000
Houston, TX 77002
713-276-7600
Fax : 713-276-7673
Email: charles.conrad@pillsburylaw.com

**Andrew M. Troop**
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd St
New York, NY 10019
212-858-1000
Email: andrew.troop@pillsburylaw.com

***Defendant***
**-----------------------**
**Azeemeh Zaheer**
5513 Kansas Street
Houston, TX 77007

represented by **Azeemeh Zaheer**
PRO SE

| Filing Date | # | Docket Text |
|---|---|---|
| 12/18/2023 | 1 (1054 pgs; 3 docs) | Adversary case 23-03263. Nature of Suit: (01 (Determination of removed claim or cause)) Notice of Removal Galleria 2425 Owner LLC. Fee Amount $350 (Attachments: # 1 State Court Pleadings # 2 Additional State Court Pleadings) (Pope, James) (Entered: 12/18/2023) |
| 12/18/2023 | | Receipt of Notice of Removal( 23-03263) [cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt number A24938564. Fee amount $ 350.00. (U.S. Treasury) (Entered: 12/18/2023) |
| 12/18/2023 | 2 (38 pgs; 3 docs) | Emergency Motion *to Sever*, in addition to Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Creditor Rodney Drinnon (Attachments: # 1 Exhibit # 2 Exhibit) (Drinnon, Rodney) (Entered: 12/18/2023) |
| 12/19/2023 | 3 (1 pg) | Order Setting Hearing Signed on 12/19/2023 (Related document(s):2 Emergency Motion, Motion for Remand) **Hearing scheduled for 12/28/2023 at 09:30 AM at Houston, Courtroom 403 (JPN).** (MarioRios) (Entered: 12/19/2023) |
| 12/19/2023 | 4 (2 pgs) | Preliminary Pretrial Order Signed on 12/19/2023 (Related document(s):1 Notice of Removal) **Pre-Trial Conference set for 2/21/2024 at 11:00 AM at Houston, Courtroom 403 (JPN).** (MarioRios) (Entered: 12/19/2023) |
| 12/19/2023 | 5 (2 pgs) | Debtor's Request for Separate Notice (Filed By Galleria 2425 Owner LLC ). (Baker, Reese) (Entered: 12/19/2023) |
| 12/19/2023 | 6 (3 pgs) | Notice *of Order Setting Hearing*. (Related document(s):2 Emergency Motion, Motion for Remand) Filed by Rodney Drinnon (Drinnon, Rodney) (Entered: 12/19/2023) |
| 12/21/2023 | 7 (3 pgs) | BNC Certificate of Mailing. (Related document(s):3 Order Setting Hearing) No. of Notices: 3. Notice Date 12/21/2023. (Admin.) (Entered: 12/21/2023) |

| | | |
|---|---|---|
| 12/21/2023 | 8<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):4 Scheduling Order) No. of Notices: 3. Notice Date 12/21/2023. (Admin.) (Entered: 12/21/2023) |
| 12/22/2023 | 9<br>(3 pgs) | Notice of Appearance and Request for Notice Filed by Charles Clayton Conrad Filed by on behalf of National Bank of Kuwait, S.A.K.P., New York Branch (Conrad, Charles) (Entered: 12/22/2023) |
| 12/26/2023 | 10<br>(457 pgs; 17 docs) | Exhibit List (Filed By Galleria 2425 Owner LLC ).(Related document(s):2 Emergency Motion, Motion for Remand) (Attachments: # 1 Exhibit 1 Transcript # 2 Exhibit 2 Transcript # 3 Exhibit 3 Transcript # 4 Exhibit 4 Notice of Removal # 5 Exhibit 5 Amended Petition # 6 Exhibit Amended Petition # 7 Exhibit 7 Amended Petition # 8 Exhibit 9 Amended Petition # 9 Exhibit 10 Amended Petition # 10 Exhibit 11 Active parties in state court case # 11 Exhibit 12 Docket report # 12 Exhibit 13 Email to Drinnon # 13 Exhibit 14 Letter to state court on removal of Drinnon # 14 Exhibit 15 Response to TCPA # 15 Exhibit 16 Order denying motion to show authority # 16 Exhibit 17 Motion to disqualify Drinnon) (Baker, Reese) (Entered: 12/26/2023) |
| 12/26/2023 | 11<br>(29 pgs) | Additional Attachments Re: *Exhibit 8* (related document(s):2 Emergency Motion, Motion for Remand) (Filed By Galleria 2425 Owner LLC ).(Related document(s):2 Emergency Motion, Motion for Remand) (Baker, Reese) (Entered: 12/26/2023) |
| 12/26/2023 | 12<br>(8 pgs) | Response *to Motion to Sever* (related document(s):2 Emergency Motion, Motion for Remand). Filed by Galleria 2425 Owner LLC (Baker, Reese) (Entered: 12/26/2023) |
| 12/26/2023 | 13<br>(5 pgs) | Witness List (Filed By Rodney Drinnon ).(Related document(s):2 Emergency Motion, Motion for Remand) (Drinnon, Rodney) (Entered: 12/26/2023) |
| 12/26/2023 | 14<br>(231 pgs; 11 docs) | Exhibit List (Filed By Rodney Drinnon ).(Related document(s):2 Emergency Motion, Motion for Remand) (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit) (Drinnon, Rodney) (Entered: 12/26/2023) |
| 12/27/2023 | 15<br>(2 pgs) | Order Granting Emergency Motion to Sever and (Related Doc # 2), Granting Motion For Remand (Related Doc # 2) Signed on 12/27/2023. (MarioRios) (Entered: 12/27/2023) |
| 12/29/2023 | 16<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):15 Order on Emergency Motion) No. of Notices: 3. Notice Date 12/29/2023. (Admin.) (Entered: 12/29/2023) |
| 05/14/2024 | 17<br>(2 pgs) | Scheduling Order Signed on 5/14/2024 (Related document(s):1 Notice of Removal) **Pre-Trial Conference set for 6/18/2024 at 11:00 AM at Houston, Courtroom 403 (JPN).** (mar4) (Entered: 05/14/2024) |

| | | |
|---|---|---|
| 05/16/2024 | 18<br>(4 pgs) | BNC Certificate of Mailing. (Related document(s):17 Scheduling Order) No. of Notices: 3. Notice Date 05/16/2024. (Admin.) (Entered: 05/16/2024) |
| 06/15/2024 | 19<br>(3 pgs) | Stipulation By National Bank of Kuwait, S.A.K.P., New York Branch and Christopher R. Murray, Trustee. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):17 Scheduling Order) (Troop, Andrew) (Entered: 06/15/2024) |
| 06/17/2024 | 20<br>(3 pgs) | Stipulation and Agreed Order Resetting Hearing Signed on 6/17/2024 (Related document(s):1 Notice of Removal) **Pretrial Conference Hearing rescheduled for 7/30/2024 at 01:30 PM at Houston, Courtroom 403 (JPN).** (mar4) (Entered: 06/17/2024) |
| 06/19/2024 | 21<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):20 Order Setting Hearing) No. of Notices: 3. Notice Date 06/19/2024. (Admin.) (Entered: 06/19/2024) |
| 07/29/2024 | 22<br>(3 pgs) | Stipulation By National Bank of Kuwait, S.A.K.P., New York Branch and Plaintiff, Galleria 2425 Owner LLC. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):17 Scheduling Order, 19 Stipulation, 20 Order Setting Hearing) (Troop, Andrew) (Entered: 07/29/2024) |
| 07/30/2024 | 23<br>(3 pgs) | Stipulation and Agreed Order Continuing the Pre-Trial Conference Signed on 7/30/2024 (Related document(s):1 Notice of Removal) **Hearing rescheduled for 9/24/2024 at 09:00 AM at Houston, Courtroom 403 (JPN).** (trc4) (Entered: 07/30/2024) |
| 08/01/2024 | 24<br>(5 pgs) | BNC Certificate of Mailing. (Related document(s):23 Order Setting Hearing) No. of Notices: 3. Notice Date 08/01/2024. (Admin.) (Entered: 08/01/2024) |
| 09/13/2024 | 25<br>(4 pgs) | Stipulation By National Bank of Kuwait, S.A.K.P., New York Branch and Christopher R. Murray, Liquidation Trustee. Does this document include an agreed order or otherwise request that the judge sign a document? Yes. (Filed By National Bank of Kuwait, S.A.K.P., New York Branch ).(Related document(s):17 Scheduling Order, 19 Stipulation, 20 Order Setting Hearing, 22 Stipulation, 23 Order Setting Hearing) (Troop, Andrew) (Entered: 09/13/2024) |
| 09/16/2024 | 26<br>(4 pgs) | Stipulation to Dismiss Complaint Against National Bank of Kuwait, S.A.K.P. New York Branch and Cancel Pre-Trial Conference Signed on 9/16/2024. Case Dismissed with Prejudice. (trc4) (Entered: 09/16/2024) |
| 09/18/2024 | 27<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):26 Order Dismissing Adversary Case) No. of Notices: 2. Notice Date 09/18/2024. (Admin.) (Entered: 09/18/2024) |

| | | |
|---|---|---|
| 10/10/2024 | 28<br>(3 pgs) | Notice *Agreed Order Granting Emergency Motion to Enforce the Gate-Keeping Provisions of the Confirmed Chapter 11 Plan (23-34815-JPN)*. (Related document(s):1 Notice of Removal) Filed by National Bank of Kuwait, S.A.K.P., New York Branch (Conrad, Charles) (Entered: 10/10/2024) |
| 03/31/2026 | 29<br>(1 pg) | Order Dismissing and Closing Adversary Case 4:23-ap-3263 Signed on 3/31/2026 (trc4) (Entered: 03/31/2026) |
| 04/02/2026 | 30<br>(6 pgs) | BNC Certificate of Mailing. (Related document(s):29 Order Dismissing Adversary Case) No. of Notices: 2. Notice Date 04/02/2026. (Admin.) (Entered: 04/02/2026) |

---

## PACER Service Center

### Transaction Receipt

10/22/2026 14:33:11

| | | | |
|---|---|---|---|
| **PACER Login:** | mpoynter | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 23-03263 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |