# EXHIBIT 13

**Petition for Writ of Mandamus Denied and Memorandum Opinion filed May 20, 2024.**

**In The**

# Fourteenth Court of Appeals

**NO. 14-24-00354-CV**

**IN RE ALI CHOUDHRI, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197A**

## MEMORANDUM OPINION

On Monday, May 20, 2024, relator Ali Choudhri filed a petition for writ of mandamus in this court. *See* Tex. Gov’t Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Missy Medary, visiting judge of the 333rd District Court of Harris County, to (1) vacate her May 2, 2024 order resetting a hearing on relator’s motion for disqualification

or recusal to Zoom on May 20, 2024 at 3 p.m. and (2) direct the trial court to schedule the hearing to be in person.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot and Zimmerer.