# Exhibit 21

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 25-90797 |
| ALI CHOUDHRI, | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

**ORDER DENYING EMERGENCY MOTION**
**(RE ECF No. 39)**

This case was dismissed in December 2025. About 10 months later, the Debtor filed an emergency motion seeking an order to show cause, damages, and other related relief based on alleged violations of the automatic stay that occurred while the case was pending in December 2025 and alleged recent actions by receiver Travis Vargo. This Court will not consider any such motion in this dismissed case without a motion seeking to reopen the case, which will be considered on full notice.

Signed on October 14, 2026

Christopher Lopez
United States Bankruptcy Judge