# Exhibit 23

9/4/2026 4:01 PM
Teneshia Hudspeth
County Clerk
Harris County

Page 1 of 2 Thursday, October 22, 2026 County Clerk Harris County, Texas

CAUSE NO. 1285136

| | | |
|---|---|---|
| ALI CHOUDHRI | § | IN THE COUNTY COURT |
| PLAINTIFF, | § | |
| | § | |
| V. | § | OF LAW NO. 4 |
| | § | |
| ARABELLA PH 3201 LLC | § | |
| DEFENDANT | § | HARRIS COUNTY, TEXAS |

## ORDER GRANTING PLEA TO THE JURISDICTION

Upon consideration of the Intervenor Travis Vargo's plea to the jurisdiction, the Plaintiff's response, if any, the evidence, and the applicable law, the Court FINDS that it lacks subject matter jurisdiction. It is therefore ORDERED that this case is dismissed without prejudice to the refiling by Intervenor Travis Vargo.

Date:____________________________ October 19, 2026
Presiding Judge

FILED
10/19/2026 1:54:57 PM
Teneshia Hudspeth
County Clerk
Harris County, Texas
christina.casiano

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Michael Poynter
Bar No. 24092991
eservice@vargolawfirm.com
Envelope ID: 119567755
Filing Code Description: Plea to the Jurisdiction
Filing Description: and Motion to Dismiss
Status as of 9/9/2026 10:22 AM CST

Associated Case Party: TravisVargo

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Travis Vargo | 24047027 | tvargo@vargolawfirm.com | 9/4/2026 4:01:07 PM | SENT |
| Michael Poynter | 24092991 | mpoynter@vargolawfirm.com | 9/4/2026 4:01:07 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Choudhri | | ali@jetallcapital.com | 9/4/2026 4:01:07 PM | SENT |

Page 2 of 2 Thursday, October 22, 2026 County Clerk Harris County, Texas

**I, Teneshia Hudspeth, County Clerk of Harris County, Texas certify that these pages are a true and correct copy of the original record filed and recorded in my office, electronically or hard copy, as it appears on this date.**

**Witness my official hand and seal of office**
**This October 22, 2026**

**Teneshia Hudspeth, County Clerk**
**Harris County, Texas**

**Confidential information may have been redacted from the document in compliance with the Public Information Act.**