# Exhibit 25

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 16, 2026
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **OUT OF DISTRICT MAIN CASE** | § | **No. 99-99999** |
| **(ARABELLA PH 3201, LLC)** | § | **(WY No. 26-20432** |
| **Debtor.** | § | |
| **Mokaram-Latif West Loop, Ltd., et al** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Adversary No. 26-03644** |
| | § | |
| **Ali Choudhri, et al** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER REMANDING CASE**

ON THIS DAY came on for consideration in the above styled and numbered proceeding the *Motion of Travis Vargo, State Court Appointed Receiver, To Remand or Abstain,* (the "**Receiver's Motion**"). The Court, having considered the Receiver's Motion, the pleadings on file, the evidence presented, and the arguments of counsel finds:

1. the issues in the removed case involve purely state law issues; and
2. this matter should be remanded to the 333rd Judicial District Court of Harris County, Texas.

It is accordingly,

ORDERED that this matter shall be remanded to 333rd Judicial District Court of Harris County, Texas.

Signed: October 16, 2026

Alfredo R Pérez
United States Bankruptcy Judge

Prepared by:

Leslie M. Luttrell
State Bar No. 12708650
SD Bar No. 24152
luttrell@lclawgroup.net
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216

**ATTORNEYS FOR TRAVIS B. VARGO,**
**STATE COURT-APPOINTED RECEIVER**