# Exhibit 28

**REFORM, Subchapter_V, SmBus, EXHIBITS, BARRED, DISMISSED**

# U.S. Bankruptcy Court
# Northern District of Texas (Dallas)
# Bankruptcy Petition #: 26-32580-mvl11

*Assigned to:* Michelle V. Larson
Chapter 11
Voluntary
Asset

*Date filed:* 06/10/2026
*Debtor dismissed:* 10/19/2026
*341 meeting:* 09/11/2026
*Deadline for filing claims:* 08/19/2026
*Deadline for filing claims (govt.):* 12/07/2026

*Debtor disposition:* Dismissed for Other Reason

***Debtor***
**MCITBE LLC**
4521 San Felipe Street
Unit 3201
Houston, TX 77027
HARRIS-TX
(281) 222-3203
Tax ID / EIN: 82-3015775

represented by **Lori A Hood**
Shackleford, McKinley & Norton LLP
717 Texas Avenue
27th Floor
Houston, TX 77002
832-565-9030

**Courtney Ann Vincent**
Vincent Law, PLLC
1035 Dairy Ashford
Ste 145
Houston, TX 77079
713-223-9300
Fax : 832-603-4444
Email: info@vincentlawpllc.com

**Mark P Yablon**
Yablon Law PLLC
2777 Allen Parkway
Ste Flr 10
Houston, TX 77019
281-310-5813
Email: bankruptcy@yablonlaw.com

***Trustee***
**Behrooz P. Vida -SBRA V**
3000 Central Dr.
Bedford, TX 76021
817-358-9977

***U.S. Trustee***
**United States Trustee**
1100 Commerce Street
Room 976

represented by **Meredyth Kippes**
Office of the United States Trustee
1100 Commerce Street
Room 976

Dallas, TX 75202
214-767-8967

Dallas, TX 75242
214-767-1079
Fax : 214-767-8971
Email: meredyth.kippes@usdoj.gov

| Filing Date | Docket Text |
|---|---|
| 10/12/2026 | 211 (30 pgs; 6 docs) Amended Application to employ Courtney A. Vincent as Attorney (related document: 174) Filed by Debtor MCITBE LLC (Attachments: # 1 Exhibit Service List # 2 Exhibit A - Amended Vincent Declaration # 3 Exhibit B - Amended Rule 2016b Statement # 4 Exhibit C - Amended Engagement Agreement (C. Vincent) # 5 Proposed Order) (Vincent, Courtney) |
| 10/14/2026 | 212 (5 pgs) Witness and Exhibit List filed by Debtor MCITBE LLC (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days*). (Vincent, Courtney) |
| 10/14/2026 | 213 (535 pgs; 30 docs) Exhibit List filed by Debtor MCITBE LLC (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days*). (Attachments: # 1 Exhibit 2 # 2 Exhibit 3 # 3 Exhibit 4 # 4 Exhibit 5 # 5 Exhibit 6 # 6 Exhibit 7 # 7 Exhibit 8 # 8 Exhibit 9 # 9 Exhibit 10 # 10 Exhibit 11 # 11 Exhibit 12 # 12 Exhibit 13 # 13 Exhibit 14 # 14 Exhibit 15 # 15 Exhibit 17 # 16 Exhibit 18 # 17 Exhibit 19 # 18 Exhibit 21 # 19 Exhibit 22 # 20 Exhibit 23 # 21 Exhibit 24 # 22 Exhibit 25 # 23 Exhibit 25 # 24 Exhibit 27 # 25 Exhibit 28 # 26 Exhibit 29 # 27 Exhibit 30 # 28 Exhibit 31 # 29 Exhibit 32) (Vincent, Courtney) |
| 10/14/2026 | 214 (3 pgs) Notice *OF CONVENTIONAL FILING OF EXHIBIT 27, ECF 212/213 (VIDEO RECORDINGS) TO THE WITNESS AND EXHIBIT LIST OF THE DEBTOR AND SHAHNAZ CHOUDHRI FOR THE OCTOBER 15, 2026 HEARING ON THE UST MOTION TO DISMISS [ECF NO. 113]* filed by Debtor MCITBE LLC (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days* Hearing scheduled 10/1/2026 at 09:30 AM at Dallas Judge Larson Ctrm. Objections due by 9/22/2026.). (Vincent, Courtney) |
| 10/14/2026 | 215 (7 pgs; 2 docs) Notice *of Filing of Demonstrative Aid* filed by U.S. Trustee United States Trustee (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days* Hearing scheduled 10/1/2026 at 09:30 AM at Dallas Judge Larson Ctrm. Objections due by 9/22/2026., 182 Witness and Exhibit List *in connection with United States Trustees Motion to Dismiss under 11 U.S.C. § 1112(b) with Prejudice to Refiling for 180 Days (dkt. no. 113) and in connection with United States Trustees Objection to Debtors Motion to Employ Counsel (dkt. no. 149)* filed by U.S. Trustee United States Trustee (RE: related document(s)21 Motion to dismiss case ). (Attachments: # 1 Exhibit UST-A # 2 Exhibit UST-B # 3 Exhibit UST-C # 4 Exhibit UST-D # 5 Exhibit UST-E # 6 Exhibit UST-F # 7 Exhibit UST-G # 8 Exhibit UST-H # 9 Exhibit UST-I # 10 Exhibit UST-J # 11 Exhibit UST-K # 12 Exhibit UST-L # 13 Exhibit UST-M # 14 Exhibit UST-N # 15 Exhibit UST-O # 16 Exhibit UST-P # 17 Exhibit UST-Q # 18 Exhibit UST-R # 19 Exhibit UST-S # 20 Exhibit UST-T # 21 Exhibit UST-U # 22 Exhibit UST-V # 23 Exhibit UST-W # 24 Exhibit UST-X # 25 Exhibit UST-Y # 26 Exhibit UST-Z # 27 Exhibit UST-AA # 28 Exhibit UST-BB # 29 Exhibit UST-CC # 30 Exhibit UST-DD # 31 Exhibit UST-EE # 32 Exhibit UST-FF # 33 Exhibit UST-GG # 34 Exhibit UST-HH # 35 Exhibit UST-II # 36 Exhibit UST-JJ # 37 Exhibit UST-KK # 38 Exhibit UST-LL # 39 Exhibit UST-MM # 40 Exhibit UST-NN # 41 Exhibit UST-OO # 42 Exhibit UST-PP # 43 Exhibit UST-QQ # 44 Exhibit UST-RR # 45 Exhibit UST-SS # 46 Exhibit UST-TT # 47 Exhibit UST-UU # 48 Exhibit UST-VV # 49 Exhibit UST-WW # 50 Exhibit UST-XX # 51 Exhibit UST-YY # 52 Exhibit UST-ZZ # 53 Exhibit UST-AAA # 54 Exhibit UST-BBB # 55 Exhibit UST-CCC # 56 Exhibit UST-DDD # 57 Exhibit UST-EEE # 58 Exhibit UST-FFF # 59 Exhibit UST-GGG # 60 Exhibit UST-HHH # 61 Exhibit UST-III # 62 Exhibit UST-JJJ # 63 Exhibit UST-KKK # 64 Exhibit UST-LLL # 65 Exhibit UST-MMM # 66 Exhibit UST-NNN # 67 Exhibit UST-OOO # 68 Exhibit UST-PPP # 69 Exhibit UST-QQQ # 70 Exhibit UST-RRR) (Kippes, Meredyth). Related document(s) 113 Motion to dismiss case *with prejudice to refiling for 180 days*, 149 Objection filed by U.S. Trustee United States Trustee. Modified to add linkage on 9/24/2026., 208 |

| | |
|---|---|
| | Amended Witness and Exhibit List *Amended only to correct mis-marked or unmarked exhibits filed at dkt. no. 207* filed by U.S. Trustee United States Trustee (RE: related document(s)207 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit UST-A (updated) # 2 Exhibit UST-B (updated) # 3 Exhibit UST-SSS # 4 Exhibit UST-TTT # 5 Exhibit UST-UUU # 6 Exhibit UST-VVV # 7 Exhibit UST-WWW # 8 Exhibit UST-XXX # 9 Exhibit UST-YYY # 10 Exhibit UST-ZZZ # 11 Exhibit UST-AAAA # 12 Exhibit UST-BBBB)). (Attachments: # 1 Appendix Chart: MCITBE Time to Cure) (Kippes, Meredyth) |
| 10/14/2026 | 216 (2 pgs) Certificate of service re: Amended and Supplemented Witness and Exhibit List filed by U.S. Trustee United States Trustee (RE: related document(s)208 List (witness/exhibit/generic)). (Kippes, Meredyth) |
| 10/14/2026 | 217 (77 pgs) Notice of Filing by Ali Choudhri, Interested Part, Pro se of Emergency Motion regarding Willful Violation of the Automatic Stay filed by Interested Party Travis B. Vargo, Court Appointed Receiver . (Rease, S.) |
| 10/14/2026 | 218 (83 pgs; 3 docs) Exhibit List *Exhibits 16 and 20 which failed to upload with Dkt 213* filed by Debtor MCITBE LLC (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days*). (Attachments: # 1 Exhibit 16 # 2 Exhibit 20) (Vincent, Courtney) |
| 10/14/2026 | 219 (538 pgs; 8 docs) Motion for sanctions Other UNDER FED. R. CIV. P. 30(d)(2) AND 37 AND THE COURT'S INHERENT AUTHORITY, AND TO STRIKE SSBT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY [ECF NOS. 22 AND 90] against Security State Bank & Trust Filed by Debtor MCITBE LLC (Attachments: # 1 Exhibit A # 2 Exhibit B-1 # 3 Exhibit B-2 # 4 Exhibit C # 5 Exhibit D # 6 Exhibit E # 7 Proposed Order) (Vincent, Courtney) |
| 10/14/2026 | 220 (9 pgs; 2 docs) Amended Exhibit List *Exhibit 1 to ECF 213* filed by Debtor MCITBE LLC (RE: related document(s)213 List (witness/exhibit/generic)). (Attachments: # 1 Exhibit 1) (Vincent, Courtney) |
| 10/15/2026 | 221 (38 pgs; 4 docs) Amended Application to employ Mark P. Yablon as Attorney (related document: 84) Filed by Debtor MCITBE LLC (Attachments: # 1 Exhibit Ex 1 Engagement Agreement # 2 Exhibit Ex 2 Yablon. Declaration # 3 Proposed Order) (Yablon, Mark) |
| 10/15/2026 | 222 (7 pgs; 3 docs) Notice *of Filing Order Denying Emergency Motions* filed by Interested Party Travis B. Vargo, Court Appointed Receiver. (Attachments: # 1 Exhibit 1 # 2 Service List) (Luttrell, Leslie) |
| 10/15/2026 | 223 (40 pgs; 8 docs) First Amended Plan of Reorganization filed by Debtor MCITBE LLC (RE: related document(s)134 Chapter 11 Plan Small Business Subchapter V). (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit G # 7 Exhibit F)(Vincent, Courtney) MODIFIED text on 10/16/2026 (mdo). |
| 10/15/2026 | 224 (8 pgs; 2 docs) Motion to withdraw as attorney (Mark P. Yablon) Filed by Debtor MCITBE LLC (Attachments: # 1 Proposed Order) (Yablon, Mark) |
| 10/15/2026 | 225 (9 pgs) Application to employ Walzel Properties as Broker *for Debtor, MCITBE* Filed by Debtor MCITBE LLC (Vincent, Courtney) |
| 10/15/2026 | 226 (1 pg) Court admitted exhibits date of hearing 10/15/26 UST'S EXHIBITS A - BBBB ADMITTED SEE DKT#207 AND DKT#208 (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days* Hearing scheduled 10/1/2026 at 09:30 AM at Dallas Judge Larson Ctrm. Objections due by 9/22/2026.) (Robinson, Bryon) (Entered: 10/16/2026) |

| | |
|---|---|
| 10/15/2026 | 227 (1 pg) Court admitted exhibits date of hearing 10/15/2026 DEBTOR MCITBE EXHIBITS 1-6, 8-26, 28-30 ADMITTED SEE DKT#113 (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days* Hearing scheduled 10/1/2026 at 09:30 AM at Dallas Judge Larson Ctrm. Objections due by 9/22/2026.) (Robinson, Bryon) (Entered: 10/16/2026) |
| 10/15/2026 | 229 Hearing held on 10/15/2026. (RE: related document(s)113 Motion to dismiss case *with prejudice to refiling for 180 days* Hearing scheduled 10/1/2026 at 09:30 AM at Dallas Judge Larson Ctrm. Objections due by 9/22/2026.) (Hearing Held: Counsel appeared for the Debtor, Travis B. Vargo, Court Appointed Receiver for Ali Choudri, Security State Bank & Trust, S. Choudri and the Office of the United States Trustee. Ali Choudri appeared pro se. A. Choudri testified for the Debtor. For the reasons set forth on the record, Motion to Dismiss GRANTED with prejudice for 180 days.) (Harden, D.) (Entered: 10/20/2026) |
| 10/19/2026 | 228 (2 pgs) Order granting U.S. Trustee's motion to dismiss debtor with prejudice (related document 113)Barred Debtor MCITBE LLC starting 10/19/2026 to 4/17/2027 Entered on 10/19/2026. (Grandstaff, T) Modified text on 10/20/2026 (mdo). |
| 10/22/2026 | 230 (1 pg) Request for Transcript regarding a hearing held on 10/15/2026. The requested turn-around time is 3-day expedited. filed by Creditor Security State Bank & Trust. (Woodard, Kyle) |


## PACER Service Center

### Transaction Receipt

10/27/2026 16:05:15

| | | | |
|---|---|---|---|
| **PACER Login:** | mpoynter | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 26-32580-mvl11 Fil or Ent: filed From: 10/12/2026 To: 10/27/2026 Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |