# Exhibit 29

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 19, 2026**

**United States Bankruptcy Judge**

---

**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MCITBE, LLC,** | § | **Case No. 26-32580-MVL-11** |
| | § | |
| | § | |
| **Debtor-in-Possession.** | § | |

**ORDER DISMISSING CASE WITH PREJUDICE TO REFILING FOR 180 DAYS**

On October 15, 2026, the Court heard the *United States Trustee's Motion to Dismiss under 11 U.S.C. § 1112(b) with Prejudice to Refiling for 180 Days* (the "Motion," dkt. no. 113) and the joint response to the Motion (the "Response," dkt. no. 209). Based upon the evidence adduced at the hearing, the record of this case, the arguments of counsel at the hearing, and for the reasons stated on the record at the conclusion of the hearing, the Court finds good cause to dismiss this case with prejudice to refiling for 180 days. It is, therefore, hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE** to refiling for **180 days**;

and it is further

**ORDERED** that any relief sought in the Motion not specifically granted in this Order is denied.

**###END OF ORDER###**

Order prepared by:
Meredyth A. Kippes
Texas State Bar No. 24007882
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
Phone: (214) 767-8967
meredyth.kippes@usdoj.gov