# Exhibit 31

8/25/2026 3:14 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 119079961
By: Raymond Aguilar
Filed: 8/25/2026 3:14 PM

Pgs-2

CAUSE NO. 2026-59605

TINJY
PJURX
NCA
DITRX
11A

| | | |
|---|---|---|
| ALI CHOUDHRI | § | IN THE DISTRICT COURT OF |
| PLAINTIFF, | § | |
| V. | § | |
| | § | |
| ALAN ROSEN | § | |
| DEFENDANTS | § | HARRIS COUNTY, TEXAS |
| V. | § | |
| | § | |
| TRAVIS VARGO, IN HIS CAPACITY AS | § | |
| RECEIVER | § | |
| INTERVENOR | § | 127TH JUDICIAL DISTRICT |

**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER**
**AND DISMISSING CASE**

On this day, the Court heard Intervenor's (Receiver Travis Vargo) Emergency Motion to Dissolve Temporary Restraining Order. The Court hereby GRANTS the motion. It is therefore

ORDERED, that the Temporary Restraining Order in this case signed on August 21, 2026, is hereby DISSOLVED.

It is further ORDERED that Plaintiff's requests for temporary injunction AND permanent injunction are both DENIED and Plaintiff's claims are DISMISSED for lack of jurisdiction.

This is a final and appealable order

DATE: Signed: 9/1/2026 ______________________

Presiding Judge

Certified Document Number: 128564132 - Page 1 of 2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michael Poynter on behalf of Michael Poynter
Bar No. 24092991
eservice@vargolawfirm.com
Envelope ID: 119079961
Filing Code Description: No Fee Documents
Filing Description: Proposed Order Dissolving TRO and Dismissing Case
Status as of 8/25/2026 4:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Ali Choudhri | | ali@jetallcapital.com | 8/25/2026 3:14:48 PM | SENT |
| Travis Vargo | | tvargo@vargolawfirm.com | 8/25/2026 3:14:48 PM | SENT |
| Michael Poynter | | mpoynter@vargolawfirm.com | 8/25/2026 3:14:48 PM | SENT |

Certified Document Number: 128564132 - Page 2 of 2

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this October 27, 2026

Certified Document Number: 128564132 Total Pages: 2

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**