# Exhibit 33

**Opinion issued September 9, 2026**

In The

**Court of Appeals**

For The

**First District of Texas**

---

**NO. 01-26-00895-CV**

---

**IN RE ALI CHOUDHRI, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Ali Choudhri, proceeding pro se, has filed an amended petition for writ of mandamus complaining of the trial court's order dismissing his underlying suit.[1] We deny mandamus relief. We dismiss any pending motions as moot.

---

1 The underlying case is *Ali Choudhri v. Alan Rosen, Constable Precinct 1, Harris County and Travis Vargo, in his Capacity as Receiver*, cause number 2026-59605, pending in the 127th District Court of Harris County, Texas, the Honorable Denise Brown presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guiney and Johnson.