# Exhibit 34

Filed 26 October 26 P2:13
Marilyn Burgess - District Clerk
Harris County

Cause No. 2026-79990

| | | |
|---|---|---|
| CHOUDHRI, ALI | § | IN THE DISTRICT COURT OF |
| vs. | § | HARRIS COUNTY, TEXAS |
| VARGO, TRAVIS | § | 270th JUDICIAL DISTRICT |

Pgs-1
TRORY

ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER

On this day came on to be heard Plaintiff's Application for a Temporary Restraining Order. After having reviewed the motions, responses and arguments of the parties, the Court finds that Plaintiff's Application for Temporary Restraining Order should be **DENIED**.

It is therefore,

ORDERED, that Plaintiff's Application for a Temporary Restraining Order is **DENIED**.

Signed October 26, 2026.

Ancillary Judge

Certified Document Number: 129508343 - Page 1 of 1

DISTRICT COURT OF HARRIS COUNTY TEXAS

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this October 26, 2026

Certified Document Number: 129508343 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**