IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARABELLA PH 3201 LLC, ET AL<br>PLAINTIFFS. | §<br>§<br>§ | |
| VS. | § | 4:26-cv-09592 |
| ALAN D. ROSEN, ET AL<br>DEFENDANTS. | §<br>§<br>§ | |

**ORDER GRANTING MOTION OF RECEIVER TRAVIS VARGO TO DECLARE ALI CHOUDHRI A VEXATIOUS LITIGANT**

ON THIS DAY came on for consideration in the above styled and numbered proceeding the *Motion of Receiver Travis Vargo To Declare Ali Choudhri a Vexatious Litigant*, (the "**Receiver's Motion**"). The Court FINDS that it has jurisdiction to proceed. The Court, having considered the Receiver's Motion, the pleadings on file, the evidence presented, and the arguments of counsel find that the Receiver's Motion is meritorious.

The Court therefore

A. FINDS that this case is a "litigation" and Receiver Travis Vargo is a "defendant" for purposes of the Vexatious Litigant Statute, Chapter 11 of the Texas Civil Practice & Remedies Code, *et. seq.*;

B. FINDS that Receiver has shown that there is not a reasonable probability that CHOUDHRI will prevail in this litigation.

C. Within the preceding seven (7) year period, CHOUDHRI has, *in propria persona* (*pro se*), commenced and unsuccessfully prosecuted at least twelve litigations, including:

1) Cause No. 19-DCV-262281*, Azhar Chaudray v. George Lee*, in the District Court of Fort Bend County, Texas, 268th Judicial District.

2) Cause No. 2021-63370, *Galleria 2425 Owner LLC v. National Bank of Kuwait SAKP, New York Branch.*

3) Case No. 23-03263, *Galleria 2425 Owner LLC v. National Bank of Kuwait SAKP, New York Branch et al*, in the Bankruptcy Court, Southern District of Texas.

4) Case No. 14-24-00354-CV, *in re Ali Choudhri*, in Court of Appeals for the Fourteenth District of Texas.

5) Case No. 24-03224, *Mokaram-Latif West Loop Ltd. v. Ali Choudhri*, in the Bankruptcy Court for the Southern District of Texas.

6) Case No. 24-03225, *Mokaram-Latif West Loop Ltd. v. Ali Choudhri*, in the Bankruptcy Court for the Southern District of Texas.

7) Case No.25-90797, *in re Ali Choudhri*, in the Bankruptcy Court, Southern District of Texas.

8) Cause No. 1285136, *Ali Choudhri v. Arabella PH 3201 LLC*, in the County Court at Law No. 4, Harris County, Texas.

9) Case No. 01-26-00895-CV, *in re Ali Choudhri,* in the Court of Appeals for the First District of Texas.

10) Case No. 26-03644, *Mokaram-Latif West Loop, Ltd., et al v Ali Choudhri et al*, in the Bankruptcy Court, Southern District of Texas, Houston Division.

11) Case No. 26-32580, *In re MCITBE LLC*, in the Bankruptcy Court for the Northern District of Texas.

12) Cause No. 2026-59605, *Ali Choudhri v. Alan Rosen*, in the District Court, Harris County, Texas, 333rd Judicial District.

D. FINDS that after litigation has been finally determined against him, CHOUDHRI has repeatedly relitigated or attempted to relitigate, *pro se*, either (1) the validity of the determination against the same parties to whom the litigation was finally determined; (2) or the cause of action, claim, controversy, or any of the issues of fact or law determined or concluded by the final determination against the same parties as to whom the litigation was finally determined; and/or (3) the validity of writs and processes awarded to the same parties as to whom the litigation was finally determined by suing governmental agencies that seek to execute same;

E. FINDS that CHOUDHRI repetitiously files frivolous and malicious litigations and is a vexatious litigant as set forth and described in Tex. Civ. Prac. & Rem. § 11.054 and that a Pre-Filing Order, pursuant to Tex. Civ. Prac. & Rem. § 11.101-02 should be issued against CHOUDHRI.

## ALI CHOUDHRI IS A VEXATIOUS LITIGANT

IT IS ORDERED, ADJUDGED, and DECREED that ALI CHOUDHRI is a VEXATIOUS LITIGANT pursuant to Chapter 11 of the Texas Civil Practices and Remedies Code.

## SECURITY / BOND

IT IS ORDERED, ADJUDGED, and DECREED that ALI CHOUDHRI shall

furnish security in the amount of Twenty-Five Thousand Dollars and 00/100 cents ($25,000.00 US) within seven (7) calendar days of this Order, to proceed and maintain this case. The purpose of this security is to assure payment of Receiver's reasonable and necessary fees and/or attorneys' fees in connection with this litigation including expert fees paid. Failure to furnish security as ordered shall result in the dismissal of this case with prejudice.

**PREFILING ORDER**

IT IS ORDERED, ADJUDGED, and DECREED that ALI CHOUDHRI is prohibited from filing, *pro se*, a new litigation in any court in Texas without written permission of the appropriate local administrative judge as set forth in § 11.102(a) of the Texas Civil Practices and Remedies Code and that ALI CHOUDHRI shall comply with Chapter 11, Subchapter C of the Texas Civil Practices and Remedies Code with respect to the filing of any new litigation.

**CONTEMPT**

IT IS ORDERED, ADJUDGED, and DECREED that ALI CHOUDHRI'S failure to comply and obey this order may be punishable by civil and/or criminal contempt in the form of monetary sanctions, jail/incarceration, and/or any other lawful means of enforcement

**REPORTING TO THE OFFICE OF COURT ADMINISTRATION**

IT IS ORDERED, ADJUDGED, and DECREED that the clerk of this court shall provide the Office of Court Administration ("OCA") of the Texas Judicial System a copy of this prefiling order not later than the thirtieth (30th) day after the date this prefiling order is signed by delivering a copy of this order to:

Office of Court Administration
Attn: Judicial Information
P.O. Box 12066
Austin, Texas 78711-2066
judinfo@txcourts.gov

Signed this ___ day of ______________, 2026.

______________________________
U.S. District Judge

Prepared by:

Leslie M. Luttrell
State Bar No. 12708650
SD Bar No. 24152
luttrell@lclawgroup.net
Luttrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216

**ATTORNEYS FOR TRAVIS B. VARGO,**
**STATE COURT-APPOINTED RECEIVER**