**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**Civil Action No. 4:26-cv-09592**

**Arabella PH 3201 LLC's Objections to Report and Recommendation (Doc. 1)**

# EXHIBIT 3

Adv. ECF 34 (Adv. No. 26-03650)

Notice of Chapter 11 Filing and of the Automatic Stay, filed October 22, 2026

**Courtney A. Vincent**
Minnesota Bar No.: 0403083
***Vincent Law, PLLC***
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
**info@vincentlawpllc.com**
Counsel for Plaintiff Arabella PH 3201 LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **Case No. 26-20432** |
| | § | **(Bankr. D. Wyo.)** |
| **ARABELLA PH 3201 LLC,** | § | **(dismissed October 1, 2026)** |
| | § | |
| **Debtor.** | § | **Adversary No. 26-03650** |
| | § | |
| **ALI CHOUDHRI AND** | § | **Removed from Cause No.** |
| **ARABELLA PH 3201 LLC,** | § | **2026-63841, 133rd Judicial** |
| | § | **District Court, Harris County,** |
| **Plaintiffs,** | § | **Texas** |
| | § | |
| **v.** | § | |
| | § | |
| **ALAN ROSEN, CONSTABLE** | § | |
| **PRECINCT 1,** | § | |
| **HARRIS COUNTY, IN HIS** | § | |
| **OFFICIAL** | § | |
| **CAPACITY,** | § | |
| | | |
| **Defendant.** | | |

## NOTICE OF CHAPTER 11 FILING BY ARABELLA PH 3201 LLC AND OF THE AUTOMATIC STAY

Plaintiff Arabella PH 3201 LLC ("Arabella") gives notice of the following:

1. On Thursday, October 22, 2026, at 1:30 p.m. Mountain time, Arabella filed a voluntary petition for relief under chapter 11 of title 11, United States Code, and

elected to proceed under subchapter V, in the United States Bankruptcy Court for the District of Wyoming, Cheyenne Division. The case is *In re Arabella PH 3201 LLC*, Case No. 2:26-bk-20508 (Bankr. D. Wyo.). A copy of the petition, Doc. 1, is attached as Exhibit A.

2. Under 11 U.S.C. § 362(a), the filing of the petition operates as a stay, applicable to all entities, of, among other things, the commencement or continuation of any judicial, administrative, or other action or proceeding against the debtor, § 362(a)(1); any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate, § 362(a)(3); and any act to create, perfect, or enforce any lien against property of the estate, § 362(a)(4).

3. Arabella's Schedule A/B lists, as property of the estate, its interest in the residential condominium unit at 4521 San Felipe Street, Unit 3201, Houston, Texas 77027 (Schedule A/B, line 55.1), and its claims and defenses in this adversary proceeding (Schedule A/B, line 75).

4. Arabella remains in possession of its property and continues to operate as debtor in possession. 11 U.S.C. §§ 1107(a), 1184. Arabella will continue to prosecute its claims in this proceeding.

Arabella files this notice so that the Court and the parties have notice of the filing and of the automatic stay. Nothing in this notice waives any right, claim, or defense of Arabella or Ali Choudhri, and Arabella does not ask the Court to determine the scope of the stay by this notice.

Date: October 22, 2026

Respectfully submitted,

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**
Minnesota Bar No.: 0403083
S.D. Tex. Bar No.: 3746531
***Vincent Law, PLLC***
1035 Dairy Ashford, Suite 145
Houston, Texas 77079
**Mailing Address:**
P.O. Box 940129
Houston, Texas 77094
Tel: (713) 223-9300
Fax: (832) 603-4444
**info@vincentlawpllc.com**

**COUNSEL FOR PLAINTIFF ARABELLA PH 3201 LLC**

## CERTIFICATE OF SERVICE

I certify that on October 22, 2026, a true and correct copy of this notice, with Exhibit A, was served through the Court's CM/ECF system on all parties registered to receive electronic notice in this adversary proceeding.

*/s/ Courtney A. Vincent*
**Courtney A. Vincent**

## INDEX OF EXHIBITS

Exhibit A: Voluntary Petition, *In re Arabella PH 3201 LLC*, Case No. 2:26-bk-20508, Doc. 1 (Bankr. D. Wyo. Oct. 22, 2026).