**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **ARABELLA PH 3201 LLC, et al.,** | § | **Civil Action No. 4:26-cv-09592** |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **ALAN D. ROSEN, et al.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ON OBJECTIONS TO REPORT AND RECOMMENDATION ON MOTION TO WITHDRAW THE REFERENCE

Before the Court are the Report and Recommendation on Motion to Withdraw the Reference (Doc. 1, the "Report") and Plaintiff Arabella PH 3201 LLC's Objections to the Report. Having reviewed de novo the portions of the Report to which objection was made, the record, and the applicable law, the Court finds that the objections should be SUSTAINED. It is therefore ORDERED that:

1. The objections are SUSTAINED, and the Court DECLINES TO ADOPT the Report.

2. Under 28 U.S.C. § 157(d), the reference of Adversary No. 26-03650, *Arabella PH 3201 LLC, et al. v. Alan D. Rosen*, pending in the United States Bankruptcy Court for the Southern District of Texas, is WITHDRAWN.

3. This action is related to *Arabella PH 3201 LLC v. Vargo*, No. 4:26-cv-07537, and the Clerk shall reassign it to the district judge presiding over

that case for coordinated pretrial handling under Federal Rule of Civil Procedure 42(a).

4. The motion to dismiss (Adv. ECF 9) and the motion to remand or abstain (Adv. ECF 11) remain pending and will be decided by this Court.

5. The Clerk shall transmit a copy of this Order to the Clerk of the United States Bankruptcy Court for the Southern District of Texas for filing in Adversary No. 26-03650.

SIGNED at Houston, Texas, on ______________________, 2026.

______________________________________

**UNITED STATES DISTRICT COURT JUDGE**